Same case below, 587 F.3d 1288.

**No. 09-1243. United States ex rel. L. Brown, Petitioner v. Walt Disney World Company, et al.**

560 U.S. 953, 130 S. Ct. 3389, 177 L. Ed. 2d 304, 2010 U.S. LEXIS 4713.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 361 Fed. Appx. 66.

**No. 09-1265. Tore O. Arnesen, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

560 U.S. 953, 130 S. Ct. 3395, 177 L. Ed. 2d 304, 2010 U.S. LEXIS 4669.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

**No. 09-1269. Bryan G. Hole and Eric E. Gonzalez, Petitioners v. Texas A&M University, et al.**

560 U.S. 953, 130 S. Ct. 3395, 177 L. Ed. 2d 304, 2010 U.S. LEXIS 4609.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 360 Fed. Appx. 571.

**No. 09-1275. Robert V. Justice, Petitioner v. Judith McConnell, et al.**

560 U.S. 953, 130 S. Ct. 3395, 177 L. Ed. 2d 304, 2010 U.S. LEXIS 4652.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-1281. Mark E. Bauder, Petitioner v. Kentucky.**

560 U.S. 953, 130 S. Ct. 3395, 177 L. Ed. 2d 304, 2010 U.S. LEXIS 4672.

June 7, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 299 S.W.3d 588.

**No. 09-1282. US Technology Corporation, Petitioner v. Stephen L. Johnson, et al.**

560 U.S. 953, 130 S. Ct. 3395, 177 L. Ed. 2d 304, 2010 U.S. LEXIS 4613.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 361 Fed. Appx. 629.

**No. 09-1289. Michael L. McGee, Petitioner v. Bryan Bartow, Director, Wisconsin Resource Center.**

560 U.S. 953, 130 S. Ct. 3396, 177 L. Ed. 2d 304, 2010 U.S. LEXIS 4714.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 593 F.3d 556.